IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**HELENA AGRI-ENTERPRISES, LLC**                              **PLAINTIFF**
**f/k/a HELENA CHEMICAL COMPANY**


**vs.**                              **CASE NO. 3:23-cv-00085**


**JAN THOMAS FIELDS, d/b/a FIELDS**
**FARMS**                              **DEFENDANTS**

### CONSENT JUDGMENT

COMES NOW, before the Court the complaint filed by the plaintiff, Helena Agri-Enterprises, LLC ("**Helena**") against the defendant Jan Thomas Fields, d/b/a Fields Farms (collectively, the "**Defendants**"). Upon consideration of the complaint and filings of record, and the consent of the Defendants to the entry of this Consent Judgment, as indicated by their signature below, the Court hereby finds and orders as follows:

1. Helena filed its complaint initiating this action on April 14, 2023. In the complaint, Helena alleges, among other things, that the Defendants are indebted to it for the balances owed on an open credit account, as well as the balance owed under a separate Helena Finance loan.

2. As of January 22, 2024, there remains an amount owed by the Defendants on the open credit account of the Defendants, in the total amount of Sixty Three Thousand Eight Hundred Fifty Eight Dollars and Twenty Five Cents ($63,858.25), comprised of principal indebtedness of Twenty Six Thousand Five Hundred Eighty Nine Dollars and Seventeen Cents

($26,589.17) and accrued finance charges of Thirty Seven Thousand Two Hundred Sixty Nine Dollars and Eight Cents ($37,269.08).

3.  As of January 22, 2024 there also remains a separate amount owed by the Defendants on their separate Helena Finance loan in the total amount of Eighty One Thousand Four Hundred Thirty Six Dollars and Ninety Nine Cents ($81,436.99), comprised of principal indebtedness of Fifty Thousand Dollars ($50,000.00) and accrued interest of Thirty One Thousand Four Hundred Thirty Six Dollars and Ninety Nine Cents ($31,436.99).

4.  The total amount owed to Helena by the Defendants through January 22, 2024 on the open credit account and the separate Helena Finance loan is One Hundred Forty Five Thousand Two Hundred Ninety Five Dollars and Twenty Four Cents ($145,295.24), comprised of principal indebtedness of Seventy Six Thousand Five Hundred Eighty Nine Dollars and Seventeen Cents ($76,589.17) and accrued finance charges and interest of Sixty Eight Thousand Seven Hundred and Six Dollars and Seven Cents ($68,706.07).

5.  The Defendants are presently in default under the terms of the open credit account and the separate Helena Finance loan

6.  As indicated by their signature below, Defendants consent to the award by the Court to plaintiff Helena of judgment against the Defendants, jointly and severally, in the total amount of $145,295.24, together with post-judgment interest accruing on the principal amount thereof after January 22, 2024 until paid in full at the applicable post-judgment interest rate of 4.84% per annum.

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED:**

(a)  That plaintiff Helena Agri-Enterprises, LLC, formerly known as Helena Chemical Company, shall have, and is hereby awarded, judgment against the defendants Jan Thomas

Fields, individually and doing business as Fields Farms, jointly and severally, in the total amount of $145,295.24, together with post-judgment interest on the principal amount thereof accruing from and after the date of entry of this Consent Judgment at the rate of 4.84% per annum; and

(b)     That all writs and processes authorized by law for the collection of judgments shall issue hereon, without further application to this Cour.

**IT IS SO ORDERED**.

_____
HONORABLE LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

March 19, 2024
_____
DATE


APPROVED AND AGREED AS TO FORM AND SUBSTANCE:

_____
JAN THOMAS FIELDS, INDIVIDUALLY
AND ON BEHALF OF FIELDS FARMS

*Pro Se Defendants*

_____
Roger D. Rowe (85140)
Ralph D. Scott III (2015127)
LAX, VAUGHAN, FORTSON,
  ROWE & THREET, P.A.
11300 Cantrell Road, Suite 201
Little Rock, Arkansas 72212
rrowe@laxvaughan.com
tscott@laxvaughan.com

*Attorneys for Helena Agri-Enterprises, LLC*